**F I L E D**
CLERK, U.S. DISTRICT COURT

10/14/2022

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ VAV _____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

June 2022 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>           v.<br><br>JULIA BETH CODA,<br>  aka "Julia Beth Taus,"<br>  aka "Bonfire,"<br><br>           Defendant. | CR 2:22-cr-00474-JLS<br><br>I N D I C T M E N T<br><br>[18 U.S.C. § 1958(a): Use of Interstate Commerce Facilities in the Commission of Murder-for-Hire] |

The Grand Jury charges:

[18 U.S.C. § 1958(a)]

Beginning on an unknown date, but no later than on or about February 3, 2022, and continuing until on or about March 1, 2022, in Los Angeles County, within the Central District of California, defendant JULIA BETH CODA, also known as ("aka") "Julia Beth Taus," aka "Bonfire," knowingly used a facility of interstate and foreign commerce, specifically, the Internet, with the intent that the murder of victim W.D. be committed in violation of the laws of the States of California and Louisiana as consideration for the receipt of, and as

1  consideration for a promise and agreement to pay anything of

2  pecuniary value.

3                                    A TRUE BILL

4

5                                    _____/S/_____

6                                    Foreperson

7  E. MARTIN ESTRADA
   United States Attorney
8

9

10 SCOTT M. GARRINGER
   Assistant United States Attorney
11 Chief, Criminal Division

12 DAVID T. RYAN
   Assistant United States Attorney
13 Deputy Chief, General Crimes
   Section
14
   LYNDSI ALLSOP
15 Assistant United States Attorney
   General Crimes Section
16

17

18

19

20

21

22

23

24

25

26

27

28