E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
ELIZABETH S.P. DOUGLAS (Cal. Bar No. 331031)
Assistant United States Attorney
Major Frauds Section
     1100 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-5728
     Facsimile: (213) 894-6269
     Email:     elizabeth.douglas@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>               v.<br><br>JULIA BETH CODA,<br>   aka "Julia Beth Taus,"<br>   aka "Bonfire,"<br><br>          Defendant. | No. 2:22-cr-00474-JLS<br><br>GOVERNMENT'S NOTICE OF LODGING OF VICTIM W.D.'S VICTIM IMPACT STATEMENT |

//
//
//
//
//
//
//
//
//
//

Please take notice that the government hereby lodges the attached redacted true and correct copy of Victim W.D.'s victim impact statement in advance of defendant's sentencing hearing in the above-captioned case.

Dated: January 22, 2024

Respectfully submitted,

E. MARTIN ESTRADA
United States Attorney

MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division

             /s/
_____
ELIZABETH S.P. DOUGLAS
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA



**From:** W█████ D█ ████████████████
**Sent:** Monday, January 22, 2024 11:08:49 AM
**To:** Parker, Matthew (LA) (FBI) ████████████████
**Subject:** [EXTERNAL EMAIL] - How I feel about the possibility of getting killed

Your Honor,

I want to express my never-ending appreciation to The FBI and The DOJ for working together to prevent this from becoming a reality.

I didn't realize how hard this letter would be to write. I have tried multiple times to do this, erased everything I wrote, and started over again. The truth is, B████ was the one affected the most by this Jules Coda craziness. My family immediately bought multiple Air BNB, where we had to shuffle B█ around from place to place to ensure her security. At the same time, she had weekly 15-minute phone calls ordered by the court with Jules and her family. Pretending nothing was going on, and we didn't know anything. All the while not knowing who was involved or if they were going to hire another hitman to try and kill me. B█ needed stability; her mother had just died, and she was confused and scared of her own shadow. Jules, you only made it worse. She is finally starting to get some normalcy back in her life. The truth is I don't know when or if this is going to happen again. I only wish that I could raise my daughter in a normal environment where she can have a wonderful, happy childhood without me having to worry if she is going to be hit by a stray bullet that was meant for me. I don't think that's asking too much, do you? B████ needs an equal opportunity to have a normal childhood. You think what you are doing is from love, and if that were the case, you would stop this hatred and give B█ a chance at a regular childhood. It is hard enough raising a 7-year-old in today's world without having this looming fear that, at any given moment, a stranger could jump out and hurt her or me or anybody in my family. It's simply not fair to the niece you claim to love so much. If you truly cared for her you would be trying to help her in some way, but that help is not ever going to come is it?

Jules, I didn't put you in this position, but you will be answering for your improprieties today, and I leave it to the judge to determine your fate because I know when you are released from prison, you will be just as much of a threat to B███ and my family as you are today.

Sincerely,

W████ D████

