UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | LACR 22-00474-JLS-1 | Date | February 16, 2024 |
|---|---|---|---|

| Present: The Honorable | Josephine L. Staton, United States District Judge |
|---|---|
| Interpreter | Not Applicable |

| Charles A. Rojas | Myra Ponce | Elizabeth Douglas |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Julia Beth Coda | X | | X | Michael L. Brown, II, DFPD | X | X | |

**Proceedings:** **SENTENCING**

The matter is called and counsel state their appearances. Sentencing hearing held. See separate Judgment and Commitment Order.

: .54

Initials of Deputy Clerk  cr

cc: USPO